# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| SHARRON BROOKS | * |
| PLAINTIFF | * |
| V. | *   CASE NO. 4:16CV00473 WW |
| CINDY GILLESPIE, Director, ARKANSAS DEPARTMENT OF HUMAN SERVICES | * |
| DEFENDANT | * |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 27TH DAY OF SEPTEMBER, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE